# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| DECADE, S.A.C., LLC, et al., | : | Case No. 18-11668 (CSS) |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| AARON GOODWIN and ERIC GOODWIN, | : | |
| Appellants, | : | |
| v. | : | C. A. No. 18-1880-MN |
| DAVID W. CARICKHOFF, in his Capacity as Chapter 7 Trustee for the Estate of Decade S.A.C., LLC and GOTHAM S&E HOLDING, LLC, and 23 CAPITAL LIMITED, | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **7th** day of **January, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Although the parties have not previously engaged in mediation or another ADR process, the issues on appeal are directed to issues of law. Neither side felt that mediation would be helpful or productive.

The parties request the following briefing scheduled be entered:

| | |
|---|---|
| Appellants' Brief | 30 days after entry of an order withdrawing the matter from mediation |
| Appellees' Briefs | 30 days after the filing of Appellants' Brief |
| Appellants' Reply Brief | 14 days after the filing of Appellees' Briefs |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, no objections are anticipated pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge