IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: DECADE, S.A.C, LLC., et al., | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Case No. 18-11668 (CSS) |
| | ) | (Jointly Administered) |
| | ) | |
| AARON GOODWIN and ERIC GOODWIN, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1880 (MN) |
| | ) | |
| DAVID W. CARICKHOFF, in his Capacity as Chapter 7 Trustee for the Estates of Decade S.A.C., LLC and GOTHAM S&E HOLDING, LLC and 23 CAPITAL LIMITED, | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington this 8th day of January, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court (D.I. 5);

IT IS HEREBY ORDERED that the recommendation is ADOPTED. The Court ADOPTS and ORDERS the following briefing schedule, which was requested by the parties:

Appellants' Brief – 30 days after January 8, 2019

Appellees' Brief – 30 days after the filing of Appellants' Brief

Appellants' Reply Brief – 14 days after the filing of Appellees' Brief

_____
The Honorable Maryellen Noreika
United States District Court